# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 7335 | **DATE** | 8/4/2003 |
| **CASE TITLE** | Hecny Transportation vs. Chu et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **ENTER MEMORANDUM OPINION:** Joint motion (Doc 212-1) in limine regarding absent parties and with regard to motion for summary judgment as against Platinum Service, IL., Inc., is granted. Defendants' motion (Docs 202-1 & 202-2) to exclude the testimony of Hecny's damages expert, Benedict J. Bruno, and to bar Hecny from recovering its alleged damages is denied without prejudice. Defendants' motion (Doc 222-1) to exclude opinion testimony of Vergina Luk is denied without prejudice. Defendants' motion (Doc 223-1) to exclude the testimony of Jack Edwards, Andrew Buns, Stephen Ma, Nancy Lee and Dominic Cho is denied.

(11) ■ [For further detail see order attached to the original minute order.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HECNY TRANSPORTATION, INC., )
)
Plaintiff, )
)
vs. ) 98 C 7335
)
GEORGE CHU, et al., )
)
Defendants. )

**MEMORANDUM OPINION**

DOCKETED
AUG 0 5 2003

CHARLES P. KOCORAS, Chief District Judge:

Before the court are three motions *in limine* brought by Defendants George Chu, Daisy Chu, Wilfredo Jamilosa, and Platinum International Logistics and a joint agreed motion *in limine* brought by Defendants and Plaintiff Hecny Transportation, Inc. ("Hecny").

The joint agreed motion regarding absent parties is granted.

Defendants' motion to exclude the testimony of Hecny's damages expert, Benedict J. Bruno, and to bar Hecny from recovering its alleged damages is denied without prejudice. We find Mr. Bruno qualified to offer opinion testimony in the area for which he has been designated by Hecny. An expert witnesses is not to be

disqualified from testifying because he lacks previous litigation experience as a paid expert witness. The nature and scope of his testimony may be raised at trial.

Defendants' motion to exclude opinion testimony of Vergina Luk is denied without prejudice. Luk has not been designated as an expert witness. We consider her a fact witness only. We cannot presently grant the motion, however, because it is unclear to us as to what she will actually testify. Generally speaking, any opinion testimony offered by Luk will be excludable.

Defendants' motion to exclude the testimony of Jack Edwards, Andrew Buns, Stephen Ma, Nancy Lee, and Dominic Cho is denied. We find that Defendants have adequate notice of the testimony that may be given by these witnesses and will therefore not suffer unfair surprise or prejudice by their testifying.

_____
Charles P. Kocoras
Chief Judge
United States District Court

Dated: AUG 4 2003